FILED
April 28, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002592381

Total pages: 2
JAMES E. SALVEN
Chapter 7 Trustee
8427 N. Millbrook Ave., Ste. 101
Fresno, California 93720
(559) 230-1095

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In the Matter of

MARIO & NATALIA LOPEZ,

_____/

Case No. 09-62367-A-7

DC No. JES-3

**TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL REAL PROPERTY and PAY REAL ESTATE COMMISSION**

Date: June 9, 2010
Time: 9:00 a.m.
Dept: A

TO THE HONORABLE WHITNEY RIMEL UNITED STATES BANKRUPTCY JUDGE:

James Salven respectfully represents:

1. He is the duly appointed, qualified and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on 12/21/2009.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate is a property located at 2008 S. 42nd St., McAllen, TX, bearing APN A2800-00-000-0008-00.

5. The trustee has obtained an offer to purchase said asset,

for $61,000.00, from Raymundo & Florencia Capetillo, or nominee. Debtors have claimed an exemption in the amount of $20,725.00.

    6.   The trustee has agreed to pay a 6% commission in connection with the proposed sale.

    7.   Said offer is the best and highest offer received for said property and, in the opinion of the trustee, said offer is for the full and fair market value of said property.

    8.   The trustee believes that confirmation of said sale on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described asset to Raymundo & Florencia Capetillo, or nominee, subject to higher and better offer at the hearing on confirmation of said sale.

DATED: 4/28/10

JAMES E. SALVEN, Chapter 7 Trustee
Movant